## STATE v. GARDNER

No. 10P90

Case below: 96 N.C.App. 514

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## STATE v. JONES

No. 43P90

Case below: 96 N.C.App. 389

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 March 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## STEVENSON v. PARSONS

No. 524P89

Case below: 96 N.C.App. 93

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## TOMPKINS v. LOG SYSTEMS, INC.

No. 557P89

Case below: 96 N.C.App. 333

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.

## TOWN OF SPARTA v. HAMM

No. 66P90

Case below: 97 N.C.App. 1

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 March 1990.